Stacy CARSON and Amy Carson, as Legal Guardians for Kit Carson, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2010–5089.

United States Court of Appeals, Federal Circuit.

Sept. 24, 2010.

Before PROST, Circuit Judge.

ON MOTION

ORDER

The Secretary of Health and Human Services moves for summary affirmance. The appellants oppose.

We deem it the better course to deny the motion and request the parties put their arguments in their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appellants' opening brief is due within 30 days of the date of filing of this order.